IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSEMARIE BERGSTEDT | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:09-cv-763 |
| | ) | |
| v. | ) | |
| | ) | Honorable Gary L. Lancaster |
| FIRST FEDERAL SAVINGS BANK, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## ORDER

AND NOW THIS __22nd__ day of December, 2009, upon consideration of Defendant's Motion for Sanctions and Order Rescheduling the Initial Conference and Plaintiff's response thereto, if any,

IT IS HEREBY ORDERED that Plaintiff shall be sanctioned in the amount of $ __500.00__ for Plaintiff's and/or her counsel's failure to attend the November 24, 2009 conference.

IT IS FURTHER ORDERED that pursuant to Rule 16.1.1, an initial Rule 16 conference shall be held before the undersigned on __Wednesday, Jan. 6, 2010__ at __4:30 PM__ in Suite 3250, 3rd floor, U.S. Courthouse.

BY THE COURT:

/s/ G.L. Lancaster

{W0020401.1}