IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROSEMARIE BERGSTEDT,           )
                               )
        Plaintiff,             )
                               )
   vs.                         )   Civil Action No. 09-763
                               )
                               )
FIRST FEDERAL SAVINGS BANK,    )
                               )
        Defendant.             )

## ORDER

AND NOW, this 2nd of February, 2010, upon consideration of First Federal Savings Bank's motion to compel discovery, IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that within ten (10) days from the date of this Order, Plaintiff shall provide full and complete answers to Defendant's First Set of Interrogatories and Request for Production of Documents.

By the Court:

_____, C.J.

cc: All parties of record