IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROSEMARIE BERGSTEDT,            )
                                )
        Plaintiff,              )
                                )
    vs.                         )   Civil Action No. 09-0763
                                )
                                )
FIRST FEDERAL SAVINGS BANK,     )
                                )
        Defendant.              )

## MEMORANDUM ORDER

The record in this case reflects that on March 22, 2009, this court granted defendant's motion for sanctions due to plaintiff counsel Susan Williams' failure to attend a November 24, 2009 initial status conference. [Doc. No. 15]. Williams then failed to attend the post-discovery status conference scheduled for March 16, 2010. As a result, on March 19, 2010, this court ordered Williams to show cause within ten (10) days why she should not be removed due to her multiple failures to attend scheduled status conferences in this case. [Doc. No. 26]. As of the date of this order, no response to our show cause order has been filed. Thus it appears that plaintiff's counsel consents to the court's order to show cause.

Therefore, on this 5th day of April, 2010, IT IS HEREBY ORDERED that Susan Williams is removed from the case. Plaintiff is granted thirty (30) days from the date of this order to obtain new counsel.

IT IS FURTHER ORDERED that defendant's motion for

sanctions [Doc. No. 22] and plaintiff's motion to stay or suspend proceedings [Doc. No. 27] are DENIED.

By the Court:

_____, C.J.

cc: All parties of record

　　　Rosemarie Bergstedt
　　　136 Fremont Road
　　　Charleroi, Pennsylvania 15022
　　　(Regular and certified mail)