IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSEMARIE BERGSTEDT, | : | C.A. No.: 2:09-CV-00763 |
| | : | |
| Plaintiff, | : | |
| | : | Judge Lancaster |
| v. | : | |
| | : | |
| FIRST FEDERAL SAVINGS BANK, | : | Electronic Filing |
| | : | |
| Defendant. | : | |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED by and between counsel for the parties hereto and ORDERED by the Court that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Gregory T. Kunkel*
Gregory T. Kunkel
Pa. I.D. No. 58027

**Kunkel & Fink, LLP**
Brentwood Professional Bldg.
4411 Stilley Road, Suite 206
Pittsburgh, Pennsylvania 15227
(412) 885-3880
E-Mail: greg.kunkel@verizon.net

Counsel for Plaintiff

Date: 10-5-2010

Respectfully submitted,

*/s/ Phillip J. Binotto*
Phillip J. Binotto, Jr.
Pa. I.D. No. 21817
Marcia L. DePaula
Pa. I.D. No. 74595

**Eckert Seamans Cherin & Mellott**
1001 Corporate Drive, Suite 200
Cannonsburg, PA 15317
(724) 873-2870\(724) 743-2901

Counsel for Defendant

SO ORDERED:

_____
Gary L. Lancaster
Chief United States District Judge

Date: 10/6/10